Frederick C. Meyer, Respondent, v. B. A. & G. N. Williams, Appellant.— Judgment and order affirmed, with costs. No opinion. (Houghton, J., dissenting.)

Margaretha Mullerleile, Respondent, v. The City of New York, Appellant, Impleaded with Interborough Rapid Transit Company.— Judgment and order reversed as against the weight of evidence, new trial ordered, with costs to appellant to abide event. No opinion.

Sophia Waidelich, as Administratrix, etc., of Konrad Waidelich, Deceased, Appellant, v. Ella F. Burnham, Respondent.— Order reversed and judgment reinstated on condition that plaintiff stipulates to reduce verdict to $5,000. If plaintiff refuses so to stipulate order affirmed, with costs. Patterson, P. J., and McLaughlin, J., dissented and voted for affirmance. No opinion. Settle order on notice.

Ernest E. Slocum, Appellant, v. Walter M. Ostrander, Respondent.— Order affirmed, with costs. No opinion.

Sidney B. Butler, as Administrator, etc., of James M. Butler, Deceased, Appellant, v. The City of New York, Respondent.— Judgment and order affirmed, with costs. No opinion.

Hilda Anderson, as Administratrix, etc., of Hans Christian Anderson, Deceased, Respondent, v. Buckley Realty Construction Company, Appellant, Impleaded with Buckley Engineering and Construction Company.— Judgment and order affirmed, with costs. No opinion. (Houghton, J., dissenting.)

Charles W. Trembley, Appellant, v. Elijah R. Craft and Louis N. Creighton (Substituted in the Place of Charles C. Marshall), Respondents.— Judgment affirmed, with costs. No opinion.

Owen Clark, Respondent, v. New York City Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

William Levy, Appellant, v. Edward Popper and Others, Respondents.— Judgment affirmed, with costs. No opinion.

Timothy Costello, the Younger of that Name, an Infant, by Timothy Costello, the Elder of That Name, His Guardian ad Litem, Appellant, v. Union Railway Company of New York City, Respondent.— Order affirmed, with costs. No opinion.

Frank Wager, by His Guardian ad Litem, Louise Wager, Appellant, v. New York, New Haven and Hartford Railroad Company, Respondent.— Judgment affirmed, with costs. No opinion.

Jacob G. Haas, as Administrator, etc., of Lillian Haas, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company and Others, Respondents. David Jacobs, Appellant, v. The New York Central and Hudson River Railroad Company and Others, Respondents. Jennie Jacobs, an Infant, by Her Guardian ad Litem, David Jacobs, Appellant, v. The New York Central and Hudson River Railroad Company and Others, Respondents.— Judgments affirmed, with costs. No opinion.

Doris Carolyn Rice, an Infant, by Clarence B. Rice, Her Guardian ad Litem,